# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE SIMON, | **15-cv-1239 EPG** |
| Plaintiff, | |
| v. | |
| | **ORDER TO SHOW CAUSE** |
| CAROLYN COLVIN, Commissioner of Cocial Cecurity, | |
| Defendant. | |

On August 10, 2015, Plaintiff filed a complaint requesting a review of the Commissioner's denial of disability benefits. (Doc. 1). Pursuant to this Court's scheduling order, if the parties do not stipulate to a remand, Plaintiff was to file her opening brief within thirty (30) days of the service of the Defendant's confidential reply letter brief. (Doc. 6, pg.2). Defendant filed proof of service that its confidential letter brief was served on Plaintiff's counsel on March 27, 2016. (Doc. 14). Since no stipulation to remand has been filed, Plaintiff's opening brief was due on **April 6, 2016**. To date, no opening brief has been filed. Therefore, Plaintiff is ordered to show cause why the action should not be dismissed for failure to comply with the Court's Order. Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN twenty

1

(20) days of the date of this Order.   If Plaintiff desires more time to file the brief, Plaintiff should so state in the response.

**Failure to respond to this Order to Show Cause within the time specified may result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **May 19, 2016**                              /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE