UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| YVONNE SIMON,<br><br>          Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>          Defendant. | Case # 1:15-CV-01239-EPG<br><br>ORDER DISCHARGING OSC AND ORDER GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(Doc. 15) |

The Court has reviewed Plaintiff's counsel response to the Order to Show Cause and the parties' stipulation to extend the deadline for the filing of the opening brief. (Doc. 16).   The Court accepts counsel's explanation and discharges the Order to Show Cause issued on May 19, 2016. (Doc. 15).

Plaintiff's Opening Brief shall now be due on **June 3, 2016**.   All other orders in the Court Scheduling Order issued on August 13, 2015 (Doc. 6) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **June 1, 2016**                                        /s/ Erica P. Grosjean
                                                                                    UNITED STATES MAGISTRATE JUDGE