1  BENJAMIN B. WAGNER
United States Attorney
2  DEBORAH LEE STACHEL
3  Acting Regional Chief Counsel, Region IX
Social Security Administration
4  JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
5          Social Security Administration
6          160 Spear Street, Suite 800
San Francisco, CA  94105
7          Telephone: (415) 977-8939
Facsimile: (415) 744-0134
8          Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| YVONNE SIMON, | ) No. 1:15-cv-01239-EPG |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a heavy accumulated workload as a result of a two week absence from the office in Taiwan after the passing of the undersigned's grandfather.

1

The new due date for Defendant's motion for summary judgment will be Thursday, August 4, 2016.

Respectfully submitted,

Date: *July 4, 2016*  DELLERT BAIRD LAW OFFICES, PLLC

By: */s/ Kelsey Brown\**
KELSEY MACKENZIE BROWN
*\* By email authorization on July 4, 2016*
Attorney for Plaintiff

Date: *July 4, 2016*  BENJAMIN B. WAGNER
United States Attorney

By: */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, Defendant shall file her Opposition/Motion for Summary Judgment on **August 4, 2016**. Any reply shall be filed within 15 days of the filing of Defendant's pleading.

IT IS SO ORDERED.

Dated:   **July 6, 2016**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE