```
BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
        Social Security Administration
        160 Spear Street, Suite 800
        San Francisco, CA  94105
        Telephone: (415) 977-8939
        Facsimile: (415) 744-0134
        Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| YVONNE SIMON, ) | Civil No. 1:15-cv-01239-EPG |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER FOR A** |
| ) | **SECOND EXTENSION OF TIME FOR** |
| v. ) | **DEFENDANT TO FILE HER** |
| ) | **RESPONSIVE BRIEF** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her responsive brief. Defendant respectfully requests this additional time because of a very heavy workload, including a Ninth Circuit brief due on August 26, and because of an upcoming planned vacation in August.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's motion for summary judgment will be Tuesday, September 6, 2016 (with Monday being a federal holiday).

Respectfully submitted,

Date: _August 3, 2016_     DELLERT BAIRD LAW OFFICES, PLLC

By:  _/s/ Kelsey Brown*_
KELSEY MACKENZIE BROWN
*\* By email authorization on August 3, 2016*
Attorney for Plaintiff

Date: _August 3, 2016_     BENJAMIN B. WAGNER
United States Attorney

By:  _/s/ Jeffrey Chen_
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based on the above stipulation and good cause appearing therein, the Court grants Defendant an extension of time to file her opposition to Plaintiff's opening brief. Defendant's opposition brief shall be filed no later than September 6, 2016. Plaintiff may file her reply brief no later than September 21, 2016.

IT IS SO ORDERED.

Dated:  **August 4, 2016**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2