**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YVONNE SIMON, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN COLVIN, Commissioner of Social Security, <br><br> Defendant. | **Case No. 1:15-cv-01239-EPG** <br><br> **ORDER TO SHOW CAUSE** |

On August 10, 2015, Plaintiff filed a complaint requesting a review of the Commissioner's denial of disability benefits. (ECF No. 1). Pursuant to this Court's scheduling order and subsequent stipulations, Plaintiff filed her opening brief on June 3, 2016. (ECF No. 18.) Defendant has filed two stipulations requesting extensions of time to file her opposition brief, both of which have been granted. (ECF Nos. 20, 22.) The most recent stipulation required Defendant to file her opposition brief no later than September 6, 2016. No opposition brief has been filed to date and Defendant has not requested any further extensions.

Defendant is thus ordered to show cause why her answer should not be stricken and default should not be entered for Plaintiff because of her failure to oppose Plaintiff's motion. Defendant is ordered to file a written response to this Order to Show Cause within **21 days** of the date of this Order. If Defendant requires more time to file an opposition brief, Defendant should

1

so state in the response.

**Failure to respond to this Order to Show Cause within the time specified may result in sanctions.**

IT IS SO ORDERED.

Dated: __November 8, 2016__   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE