PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| YVONNE SIMON, | ) Civil No. 1:15-cv-01239-EPG |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER FOR AN** |
| | ) **EXTENSION OF TIME FOR** |
| v. | ) **DEFENDANT TO FILE HER** |
| | ) **RESPONSIVE BRIEF** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have an extension of time of 14 days from today to file her responsive brief or a voluntary remand stipulation.  Defendant respectfully requests this additional time to consult with the client and potentially obtain authority for a voluntary remand in lieu of further litigation.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief or any remand stipulation will be Tuesday, December 13, 2016.

                                                Respectfully submitted,

Date: _November 29, 2016_          MACKENZIE LEGAL, PLLC

                                      By:   _/s/ Kelsey Brown*_
                                                  KELSEY MACKENZIE BROWN
                                                  *By email authorization on Nov. 29, 2016*
                                                  Attorney for Plaintiff

Date: _November 29, 2016_          PHILIP A. TALBERT
                                                  United States Attorney

                                        By:   _/s/ Jeffrey Chen_
                                                  JEFFREY CHEN
                                                  Special Assistant United States Attorney
                                                  Attorneys for Defendant

**ORDER**

Based on the above stipulation, the Court GRANTS Defendant an extension of time to respond to Plaintiff's Opening Brief. Defendant's Opposition Brief shall be filed no later than **December 13, 2016**. Any reply by Plaintiff may be filed no later than **December 28, 2016**.

The Court has further reviewed Defendant's response to its Order to Show Cause. (ECF No. 24.) While the Court understands that counsel may be responsible for a large number of cases, the management of deadlines within those cases is counsel's responsibility. The Court is willing to grant requests for extension of time liberally, but a complete failure to comply with a deadline, particularly a deadline that defense counsel himself requested (*see* ECF No. 21), falls well below the standard of practice expected. Nonetheless, the Court will take counsel at his word that he is taking measures to ensure that this does not occur again and DISCHARGES the Order to Show Cause (ECF No. 23).

IT IS SO ORDERED.

Dated:   **November 30, 2016**                        /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE