PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
     Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, CA  94105
     Telephone: (415) 977-8939
     Facsimile: (415) 744-0134
     Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| YVONNE SIMON,<br><br>    Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil No. 1:15-cv-01239-EPG

**STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER**

      IT IS HEREBY STIPULATED by and between the parties, through their undersigned

attorneys, and with the approval of the Court, that the Commissioner of Social Security has

agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The

purpose of the remand is to offer Plaintiff a new hearing and decision.

1

Upon remand to the defendant, the Office of Disability Adjudication and Review (ODAR) will remand this case to an Administrative Law Judge (ALJ) and direct him or her to reevaluate and explain the weight given to the medical opinion evidence.  ODAR will vacate the prior ALJ decision and Plaintiff will receive a de novo hearing.


Respectfully submitted,

Date:  *December 9, 2016*                     MACKENZIE LEGAL, PLLC

                             By:   */s/ Kelsey Brown* _____
                                   KELSEY MACKENZIE BROWN
                                   *\* By email authorization on Dec. 9, 2016*
                                   Attorney for Plaintiff

Date:  *December 9, 2016*                     PHILIP A. TALBERT
                                   United States Attorney

                             By:   */s/ Jeffrey Chen* _____
                                   JEFFREY CHEN
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant

## <u>ORDER</u>

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 27), and for cause shown, IT IS ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation. The Clerk of the Court is DIRECTED to enter final judgment in favor of Plaintiff Yvonne Simon and against Defendant Carolyn W. Colvin and to close this case.

IT IS SO ORDERED.

Dated:   **December 12, 2016**        /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE

3